JLS

18-4086

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __401 Tillage Rd Breinigsville, PA 18031__

Address of Defendant: __Social Security Headquarters, Security Boulevard, Baltimore, MD__

Place of Accident, Incident or Transaction: __This Court's district__

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when **Yes** is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☒

I certify that, to my knowledge, the within case ☐ is / ☒ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __9/19/2018__   _____   _____
                     Attorney-at-Law / Pro Se Plaintiff      Attorney I.D. # (if applicable)

---

**CIVIL:** (Place a √ in one category only)

**A. Federal Question Cases:**
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☒ Securities Act(s) Cases
10. ☒ Social Security Review Cases
11. ☒ All other Federal Question Cases
    *(Please specify)*: _____

**B. Diversity Jurisdiction Cases:**
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☒ Marine Personal Injury
5. ☒ Motor Vehicle Personal Injury
6. ☒ Other Personal Injury (Please specify): __negligence etc.__
7. ☐ Products Liability
8. ☒ Products Liability – Asbestos
9. ☐ All other Diversity Cases
   (Please specify): _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, __Edward Thomas__, counsel of record or pro se plaintiff, do hereby certify:

Kenneth

☒ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: __9/19/2018__   _____   _____
                     Attorney-at-Law / Pro Se Plaintiff      Attorney I.D. # (if applicable)
                     Plaintiff

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031

| Civil Rights: | 17-4579 (CDJ) |
| --- | --- |
| | 17-4599 (CDJ) |
| | 18-977 (CDJ) |
| | 18-3374 (CDJ) |
| | 18-3747 (CDJ) |
| Habeas Corpus: | |
| Other: | 17-4844 (EGS)(360) |
| | 17-4845 (EGS)(360) |
| | 18-214 (JLS)(110) |
| | 18-257 (JFL)(870) |
| | 18-2522 (CDJ)(864) |
| | 18-3442 (EGS)(870) |
| | 18-3532 (JLS)(360) |
| | 18-3648 (EGS)(360) |

18-4071 (GJP)(950)

JLS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Edward Thomas Kennedy,                                   CIVIL ACTION

v. Monsanto Company

~~Commonwealth of Pennsylvania~~ et. al.                 NO. 18-4086

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.         ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.                   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.                                                            ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)

(f) Standard Management – Cases that do not fall into any one ~~of the other~~ tracks.

9/19/2018          [signature]
Date               Attorney-at-law                      Attorney for

415 275 1244      570 609-1810
Telephone          FAX Number                           E-Mail Address
                                                       pillar.of.peace.
                                                       2012.e
(Civ. 660) 10/02                                       gmail.com

Ke yz.