IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 18-CV-4086 |
| : | |
| MONSANTO COMPANY, *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 26th day of September, 2018, upon consideration of Plaintiff Edward Thomas Kennedy's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for lack of subject-matter jurisdiction for the reasons set forth in the Court's Memorandum. This dismissal is **without prejudice** to Kennedy's right to refile his claims in state court. Kennedy may not file an amended complaint in this matter.

4. The Clerk of Court shall **CLOSE** this case.

                                  **BY THE COURT:**

                                  **/s/ Jeffrey L. Schmehl**
                                  **JEFFREY L. SCHMEHL, J.**