IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY

    Plaintiff,

    v.                                      Civil Action No. 18-4086

MONSANTO COMPANY, et al.,

    Defendants.

Notice and Objection and Suspension

1. Edward Thomas Kennedy, Plaintiff (hereinafter "Kennedy" and/or "Plaintiff") is one of the people of the Pennsylvania, and in this court of record, Objects and SUSPENDS the Judge now assigned and wishes a different Judge to be assigned to administrate his complaint, a judge who agrees to obey the law of the case and is trained in the law. Kennedy is injured when the government exceeds its jurisdiction, and injures Kennedy in loss of rights.

2. Plaintiff also Notices the court of the following: 28 U.S.C. 1361 - ACTION TO COMPEL AN OFFICER OF THE UNITED STATES TO PERFORM HIS DUTY Quote: The <u>district courts</u> shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff, and Kennedy therefore now suspends the current Judge assigned to administrate.

Date: September 26, 2018

                                        Respectfully submitted,

(seal) _[signature]_

EDWARD THOMAS KENNEDY
401 Tillage Road
Breinigsville, PA 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-609-1810.

## CERTIFICATE OF SERVICE

I certify that on September 26, 2018 I filed a copy of the above Notice and Objection and Suspension with this Court's Clerk of the Court via US regular mail at US District Court Clerk, 504 Hamilton St # 1601, Allentown, PA 18101.

Date: September 26, 2018.

                                                                           _[signature]_ SEAL
                                                                 Edward Thomas Kennedy