IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY

      Plaintiff,

      v.                           Civil Action No. 18-4086

MONSANTO COMPANY, et al.,

      Defendants.

<u>Motion for Authorization to File Electronically and Service of Process</u>

1.    Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania and in this court of record, wishes and motions this court for authorization to file electronically and to provide Service of Process by US Marshal services to Kennedy.

2.    Plaintiff has independently reviewed all of the tutorials and related topics on the Court's website, and has a PACER account, and wishes all three of the following addresses to be used:

        pillar.of.peace.2012@gmail.com

        kennedy2018@alumni.nd.edu   AND

        pillar.of.peace.2017@protonmail.com

Date: September 26, 2018

                                      Respectfully submitted,

(seal)

                                      EDWARD THOMAS KENNEDY
                                      401 Tillage Road
                                      Breinigsville, PA 18031
                                      Email: kennedy2018@alumni.nd.edu
                                      Telephone: 415-275-1244.
                                      Fax: 570-609-1810.

## CERTIFICATE OF SERVICE

I certify that on September 26, 2018 I filed a copy of the above Motion for Authorization to File Electronically and Service of Process with this Court's Clerk of the Court via US regular mail at US District Court Clerk, 504 Hamilton St # 1601, Allentown, PA 18101.

Date: September 26, 2018.

*[signature]* (SEAL)

Edward Thomas Kennedy