# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD THOMAS KENNEDY,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 18-CV-4086** |
| : | |
| **MONSANTO COMPANY,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this 2nd day of October, 2018, upon consideration of Plaintiff Edward Thomas Kennedy's "Notice and Objection and Suspension" (ECF No. 6) and "Motion for Authorization to File Electronically and Service of Process" (ECF No. 7), it is **ORDERED** that:

1. The "Notice and Objection and Suspension," to the extent it requests any relief, is **DENIED**, as Kennedy does not have the authority or ability to suspend the Judge assigned to his case.

2. The "Motion for Authorization to File Electronically and Service of Process" is **DENIED**.[1]

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.

---

[1] By Memorandum and Order entered on September 26, 2018, the Court granted Kennedy leave to proceed *in forma pauperis* and dismissed his Complaint for lack of subject matter jurisdiction. Given this, Kennedy has not shown good cause for why he should be permitted to electronically file, and there is no need to effect service of process in this case.