IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff,

                                        No. 18- CV-4086-JLS

    v.

MONSANTO COMPANY, et. al.,
    Defendants.

## Notice of Appeal

Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania and in this court of record, Notices this court of his appeal of Order filed September 26, 2018, for it exceeds the jurisdiction of Jeffrey L. Schmehl, for such a document exceeds his jurisdiction in a court of record, and injured the Plaintiff in loss of rights.

Date: October 6, 2018

                                            Respectfully submitted,

                                            /s/ *Edward Thomas Kennedy* (seal)

                                            EDWARD THOMAS KENNEDY
                                            401 Tillage Road
                                            Breinigsville, PA 18031
                                            Email: kennedy2018@alumni.nd.edu
                                            Telephone: 415-275-1244.
                                            Fax: 570-609-1810.

## CERTIFICATE OF SERVICE

I certify that on October 6, 2018 I filed a copy of the above Notice of Appeal with this Court's Clerk of the Court via US mail to USDC ED of Pa. , 504 hamilton Street, Suite 1601, Allentown, PA 18101.

Date: October 6,, 2018

                              Respectfully submitted,

                              /s/ Edward Thomas Kennedy (seal)

                              EDWARD THOMAS KENNEDY