IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff,

                                    No. 18- CV-4086-JLS

    v.

MONSANTO COMPANY, et. al.,
    Defendants.

## FINDINGS OF FACT

THE COURT, on its own motion, makes the following findings of fact based upon the court record and upon the contents of the judicial notice dated October 6, 2018

1. Edward Thomas Kennedy is one of the People as contemplated in the Preamble of the Pennsylvania Constitution.
2. This court is a court of record.
3. All parties and court personnel have been properly apprised of the foregoing.
4. William I. Arbuckle is hereby given notice of probable contempt of court.

DATED: October 6, 2018

                              THE COURT
                              By

                              [signature] (f.-1)
                              Edward Thomas Kennedy
                              Attornatus Privatus