IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff,

No. 5: 18-cv-4086

v.

MONSANTO COMPANY, et al.,
    Defendants.

FILED
OCT 15 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

OBJECTION TO ORDER

TAKE JUDICIAL COGNIZANCE

    Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record objects to the document titled "Order" filed October 2, 2018, signed by Jeffrey L. Schmehl, the assigned Judge to administrate this case on behalf of this Court of record, and wishes a Hearing with a new judge, and wishes Jeffrey L. Schmehl to retire from appointed office for his intent to violate the Law of the Case, Exhibit 1, previously filed by Kennedy, evidenced by FRE, and probable treason and insurrection

for his failure to provide a republican form of government. Hearing requested.

Date: October 12, 2018, County of Lehigh, Pennsylvania.

Edward Thomas Kennedy [MBA]
401 Tillage Road
Breinigsville, PA 18031
Kennedy2018@alumni.nd.edu

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018 that I filed a copy of the above OBJECTION TO ORDER with the Clerk of Court at this US District Court at 504 W Hamilton St., Allentown, PA 18101 by US regular mail.

*[signature]* (seal)

Edward Thomas Kennedy

Date: October 12, 2018